IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00708-WYD-KMT

WYATT T. HANDY JR.,

     Plaintiff,

v.

OFF. SEAN PASCAL, Individual and Official Capacity, and
DREW BONSALL, Individual Capacity,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2011

GREGORY C. LANGHAM
               CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 24th day of April, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00708-WYD-KMT

Wyatt T. Handy, Jr.
Prisoner No. 1006451
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

US Marshal Service
Service Clerk
Service forms for: Officer Sean Pascal, and Drew Bonsall

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Officer Sean Pascal, and Drew Bonsall: COMPLAINT FILED 3/21/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/25/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk