IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00708–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

OFF. SEAN PASCAL, individual & official capacity, and
DREW BONSALL, individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Subpoena to Produce." (Doc. No. 25, filed 6/14/2011.) Pursuant to Fed. R. Civ. P. 45(a) Plaintiff requests five subpoenas from the Clerk, signed but otherwise blank. The motion is GRANTED. The Clerk is directed to send five signed subpoenas to Plaintiff.

Dated: June 20, 2011.