IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00708–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

OFF. SEAN PASCAL, individual & official capacity, and
DREW BONSALL, individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Court to Order the Defendants to Submit Contact Information for Drew Bonsell to this Court or the Plaintiff" (Doc. No. 32, filed June 27, 2011) is DENIED. It is Plaintiff's responsibility to prosecute this action and, even if service is to be executed by the United States Marshals Service, Plaintiff must provide the court with the proper information to locate a defendant to serve. Moreover, Defendant Pascal, through his counsel, has indicated that neither he nor the Aurora Police Department (who is not a named defendant) has a current location or contact information for Defendant Bonsall.

Dated: July 22, 2011