IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00708–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

OFF. SEAN PASCAL, individual & official capacity, and
DREW BONSALL, individual capacity,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion for Leave to File an Amended Complaint" (Doc. No. 34, filed June 28, 2011) and "Motion for Leave to File Amended Complaint" (Doc. No. 49, filed Aug. 9, 2011). In Document 34, Plaintiff seeks leave to "clarify" his claims, add additional facts, add additional claims and new defendants, and dismiss a claim that he believes is time barred. In Document 49, Plaintiff seeks leave to further "clarify" his claims and facts, add additional claims and defendants, dismiss a claim, and "eliminate surplusage."

It is unclear whether, in Document 49, Plaintiff seeks to make amendments to the claims in his current operative complaint, Doc. No. 1, filed March 21, 2011, or to the proposed amended Prisoner Complaint attached to Document 34. As such, both Motions (Doc. Nos. 34 and 49) are DENIED without prejudice. Plaintiff may file a single renewed motion to amend no later than **September 6, 2011.** The motion shall detail the proposed amendments and the reasons why such amendments are necessary. In addition, Plaintiff must attach the proposed amended complaint to the motion. The proposed amended complaint must contain all of Plaintiff's claims and all of the defendants against whom he wishes to assert claims.

Dated: August 23, 2011