IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00708–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

OFF. SEAN PASCAL, individual & official capacity,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Modify Scheduling Order" (Doc. No. 94, filed July 11, 2012) is GRANTED in part. The court finds that, at very best, the parties have set forth good cause for a modest, 45-day extension of the pertinent Scheduling Order's deadlines. Defendant's counsel entered his appearance in this case nearly three months before the parties' Motion was filed. Moreover, only a single claim against a single defendant remains pending in this case. Therefore, the Discovery Cut-off is extended to October 4, 2012, the Dispositive Motions Deadline is extended to November 8, 2012, and the Final Pretrial Conference set for December 14, 2012 is VACATED and RESET for January 22, 2013 at 9:30 a.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. No additional extensions of these Scheduling Order deadlines will be granted absent a showing of good cause (which does not include "press of business").

Dated: July 17, 2012