IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00708–WYD–KMT

WYATT T. HANDY, JR.,

    Plaintiff,

v.

OFF. SEAN PASCAL, individual & official capacity,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff Wyatt Handy, Jr.'s "Motion for Court to Order that Plaintiff be Allowed to Attend Motion Hearing" (Doc. No. 118, filed Nov. 20, 2012) and "Motion for Court to Order Clerk to Provide Plaintiff with Copies of Doc. # 79, Doc. # 103 Doc. # 105 Doc. # 107 Doc. # 109 Doc. # 110 Doc. # 112" (Doc. No. 119, filed Nov. 20, 2012). Plaintiff has been represented by counsel in this matter since November 21, 2011. (*See* Doc. NO. 79.)  A party represented by counsel may not file *pro se* pleadings or motions.  *See* D.C.COLO.LCivR 11.1.A.; *see also Weinstock v. City Of Aspen, Colo.*, No. 06-cv-01593-PSF-CBS, 2007 WL 1810525, at *2 (D. Colo. June 22, 2007) (unpublished).  Accordingly, Plaintiff's Motions (Doc. Nos. 118-119) are STRICKEN.

Dated: November 27, 2012