IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00708-WYD-KMT

WYATT T. HANDY JR.,

      Plaintiff,

v.

SEAN PASCAL, in his individual and official capacity,

      Defendant.

## ORDER OF DISMISSAL OF PARTY AND SUBSTITUTION

THIS MATTER COMES before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims Against Defendant Sean Pascal and to Amend Caption (ECF No. 123), filed December 3, 2012.  After carefully reviewing the file in this matter, I find that the motion should be granted for good cause shown.  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice of All Claims Against Defendant Sean Pascal and to Amend Caption (ECF No. 123) is **GRANTED**.  Accordingly, all claims are **DISMISSED WITH PREJUDICE** against Defendant Sean Pascal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to bear its own attorney fees and costs.  Additionally, the Clerk of the Court shall amend the case caption to reflect the dismissal of Defendant Pascal and the substitution of the City of Aurora as the Defendant as set forth in the motion.

Dated: December 3, 2012

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge