IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00708-WYD-KMT

WYATT T. HANDY JR.,

 Plaintiff,
v.

CITY OF AURORA, COLORADO,

 Defendant.

## ORDER OF DISMISSAL

 THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Defendant City of Aurora (ECF No. 125), filed December 7, 2012.  After carefully reviewing the above-captioned case, I find that the stipulated motion should be granted and that Defendant City of Aurora, Colorado should be dismissed pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

 ORDERED that  Stipulated Motion to Dismiss Defendant City of Aurora (ECF No. 125) is **GRANTED**.  In accordance therewith, Defendant City of Aurora is **DISMISSED**, each party to bear its own attorney fees and costs.  This matter is hereby **DISMISSED.**

 Dated:  December 10, 2012

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge